IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:20CR00251 |
| Plaintiff, | : | |
| | : | JUDGE SARA LIOI |
| vs. | : | |
| DAVID M. SCHADE, | : | **MOTION TO** |
| | : | **WITHDRAW AS COUNSEL** |
| Defendant. | : | |

Defense counsel respectfully moves this Honorable Court for permission to withdraw as counsel for Mr. Schade in this matter. Defense counsel learned of a conflict, which precludes the Office of the Federal Public Defender from the further representation of Mr. Schade. Assistant U.S. Attorney Carol Skutnik has been apprised of the nature of this conflict. Counsel requests that the Court grant this motion to withdraw and appoint CJA counsel for Mr. Schade.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar:  0051928

s/Debra Kanevsky Migdal
DEBRA KANEVSKY MIGDAL
Ohio Bar No.: 0058762
Assistant Federal Public Defender
Akron Centre Plaza
50 S. Main St., Ste. 700
Akron, OH 44308
Phone: 330-375-5739 Fax: 330-375-5738
email address: debra_migdal@fd.org