IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:20CR00251 |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE LIOI |
| vs. | ) | |
| | ) | |
| DAVID SCHADE | ) | MOTION TO EXPEND FUNDS |
| | ) | FOR THE PREPARATION OF A |
| Defendant | ) | PSYCHO-SEXUAL EXAMINATION |
| | ) | |

\*\*\*\*\*\*\*\*\*\*\*

NOW COMES Defendant, DAVID SCHADE, by and through his undersigned counsel and hereby requests this Honorable Court to approve the expenditure of $1,500.00 so that Summit Psychological Associates, Inc. of Akron, Ohio can perform a psycho-sexual examination of the Defendant.  This report will enable the Defendant's Counsel to better defend his client against the current charges.  An invoice has been attached to the motion for the Court's review.

Respectfully Submitted,

 /S/ John W. Greven
John W. Greven (0063421)
Attorney for Defendant
333 S. Main St., Suite 200
Akron, Ohio 44308
(330)-376-9260
(330)376-9307 facsimile

## PROOF OF SERVICE

    The undersigned herby certifies that a copy of the foregoing Notice was sent by electronic notification this the 22nd day February, 2021 2021 to all parties electronically.

                                              /S/ John W. Greven\
                                              John W. Greven (0063421)\
                                              Attorney for Defendant