

**Administrative Offices:**
90 North Summit St.
Akron, Ohio 44308
(234) 571-9110
(234) 571-9107 fax

**Akron Center:**
37 North Broadway St.
Suite 200
Akron, Ohio 44308
(330) 535-8181
(330) 535-9303 fax

**Akron Forensic Center:**
37 North Broadway St.
Suite 100
Akron, Ohio 44308
(330) 535-8181
(330) 535-9336 fax

**Canton Center:**
832 McKinley Ave NW
Canton, Ohio 44703
(330) 493-2554
(330) 493-9520 fax

**Fremont Center:**
Brady Building Suite 301
219 South Front St.
Fremont, Ohio 43420
(567) 432-5070
(567) 314-0010 fax

**Medina Center:**
Court Annex Building
755 Independence Dr
Medina, Ohio 44256
(330) 535-8181

**North Akron Center:**
557 North Main St.
Akron, Ohio 44310
(330) 787-0031
(234) 900-6016 fax

**Ravenna Center:**
6693 North Chestnut St.,
Suite 235
Ravenna, Ohio 44266
(330) 296-3700
(330) 298-1460 fax

**Summit County Jail:**
Behavioral Health Unit
205 E. Crosier St.
Akron, Ohio 44311
(330) 643-2145
(330) 643-5414 fax

**Tiffin Center:**
65 St. Francis Ave.
Tiffin, Ohio 44883
(833) 240-8206
(330) 535-9336 fax

February 17, 2021

U.S District Court

Provider: Dr. Sylvia O'Bradovich and Mr. Michael Stranathan
TAX ID: 34-1686402

| Patient: | DOS: | Description of Service: | Amount |
|---|---|---|---|
| N/A | N/A | Psycho-Sexual Evaluation | $1500 |

Above is the cost and information regarding our psychosexual evaluation. Thank you!

Sincerely,

*Sarah A. Dhinojwala*

------------------------------------------------------------

Please return the bottom portion of the invoice with your check or credit card payment so that the payment can be applied to the correct client account. Thank you.

Client:                                             Claims:
Date of Service:                              Amount billed: $1500

Amount Paid: _____








CARF has accredited Summit Psychological Associates, Inc. for the following programs: Outpatient Treatment: Integrated AoD/MH (Adults), Outpatient Treatment: Integrated AoD/MH (Children and Adolescents), Outpatient Treatment: Integrated AoD/MH (Criminal Justice), and Case Management/Services Coordination: Integrated AoD/MH (Adults).

Summit Psychological Associates, Inc. is certified by OhioMHAS to provide mental health services, substance abuse services, and Community Psychiatric Supportive Treatment.

Summit Psychological Associates, Inc. is an affiliate of the County of Summit Alcohol, Drug Addiction & Mental Health Services Board.

Summit Psychological Associates, Inc. is an affiliate of Stark County Mental Health & Addiction Recovery.

Summit Psychological Associates, Inc. is an affiliate of Mental Health and Recovery Services Board of Seneca, Sandusky and Wyandot Counties.

The Ohio Department of Rehabilitation and Correction has accredited Summit Psychological Associates, Inc. for its adult sex offender treatment program.

The Ohio Department of Youth Services has certified Summit Psychological Associates, Inc. for its adolescent sex offender treatment program.