**MOTION GRANTED**.

*/s/ Sara Lioi*
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**
Date: <u>March 25, 2021</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:20CR00251 |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE LIOI |
| vs. | ) | |
| | ) | |
| DAVID SCHADE | ) | <u>MOTION TO TRANSPORT</u> |
| | ) | |
| Defendant | ) | |
| | ) | |

\*\*\*\*\*\*\*\*\*\*\*

NOW COMES Defendant, DAVID SCHADE, by and through his undersigned counsel and hereby requests this Honorable Court to Order the U.S. Marshall to transport the Defendant from CCA in Youngstown to the Federal Courthouse in Akron, so the Defendant can be interviewed by Summit Psychological Associates for a psycho-sexual evaluation. The evaluation has been scheduled for March 30, 2021 at 12:00 p.m. The evaluator has requested an in-person interview so Counsel requests that the Defendant be transferred to Akron, Ohio by Noon on April 30, 2021.

Respectfully Submitted,

_/S/ John W. Greven_____
John W. Greven (0063421)
Attorney for Defendant
333 S. Main St., Suite 200
Akron, Ohio 44308
(330)-376-9260
(330)376-9307 facsimile