# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-251 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DAVID M. SCHADE, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Kathleen B. Burke Report and Recommendation that the Court ACCEPT the plea of guilty of defendant David M. Schade and enter a finding of guilty against defendant. (Doc. No. 33.)

On May 20, 2021, the government filed an indictment against defendant. (Doc. No. 12.) On June 9, 2021, this Court issued an order assigning this case to Magistrate Judge Burke for the purpose of receiving defendant's guilty plea. (Doc. No. 30.)

On June 21, 2021, a hearing was held in which defendant entered a plea of guilty to Count 1 of the indictment, charging him with Receipt of Visual Depictions of Real Minors Engaged in Sexually Explicit Conduct, in violation of 18 U.S.C. Section 2252(a)(2), Count 2 of the indictment, charging him with Sexual Exploitation of Children, in violation of 18 U.S.C. Section 2251(a), and Count 3 of the indictment charging him with Possession of Child Pornography, in violation of 18 U.S.C Section 2252A(a)(5)(B). Magistrate Judge Burke received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 33.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Counts 1, 2, and 3 of the indictment.

The sentencing will be held on October 6, 2021 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: October 5, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**